**Exhibit A to the Complaint**

**Location:** Xenia, OH  **IP Address:** 74.135.98.235
**Total Works Infringed:** 96  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 528212150245E7B3462F78081F7CE3CDDC8E9BBC | 02/16/2025 23:12:01 | Vixen | 03/03/2023 | 04/10/2023 | PA0002405936 |
| 2 | 40F18B415BFD0D51AD9ABFC371D1D5ECD90F8FC7 | 02/16/2025 23:02:20 | Vixen | 09/08/2023 | 09/18/2023 | PA0002431077 |
| 3 | 958114234F010ED12787587C6B9FA13E19388CF1 | 02/16/2025 22:45:04 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 4 | 42730C2B510F6C5787C84F1C4F833F7ED8D2BB40 | 02/16/2025 22:34:59 | Vixen | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 5 | A13372D383B6487823771167C3024FF64D0BAF6F | 02/16/2025 22:27:18 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 6 | 5463DF03D918B469190A59518CDCF7E245D6494C | 02/16/2025 22:17:56 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 7 | D953E392C297913CDBDFCE65BCF4DF39F6D492E1 | 02/16/2025 22:13:45 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |
| 8 | 7C99E492EC61646CED06952C682B68AACFCD7C33 | 02/16/2025 22:07:26 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 9 | D5A5F210BC6B6726E8B8EE64C1CFB315D9289534 | 02/16/2025 22:06:57 | Vixen | 08/11/2023 | 10/18/2023 | PA0002435601 |
| 10 | 769F2F9D5FA2B70468780A6ABDA2FAECE7C6CC30 | 02/16/2025 21:18:27 | Vixen | 02/07/2025 | 02/18/2025 | PA0002515982 |
| 11 | 621EE181D8CD3561DE2DDB38C8F7305202F5B79D | 02/09/2025 23:27:49 | Blacked | 10/15/2024 | 11/18/2024 | PA0002500969 |
| 12 | 745AB4932137298309B1CE5AC14D36C080B0B09D | 02/09/2025 23:24:10 | Blacked | 02/02/2025 | 02/18/2025 | PA0002516037 |
| 13 | 4A1BE0D632B479CEF1027B3462ABADD3B041C51F | 02/09/2025 23:18:06 | Blacked | 01/23/2025 | 02/18/2025 | PA0002516125 |
| 14 | F136269E2CDDE79D33B88FBAA0580A95F8831E06 | 02/09/2025 23:17:31 | Blacked | 10/25/2024 | 11/18/2024 | PA0002500986 |
| 15 | 2CFAA2EA21170119320165654D584217FC0BB3EA | 02/09/2025 23:13:52 | Blacked | 10/20/2024 | 11/18/2024 | PA0002501002 |
| 16 | 85DB1EA8A3CFE903B4B0C2B99393D1A376354E6A | 02/09/2025 03:39:05 | Blacked | 01/03/2025 | 01/15/2025 | PA0002509288 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 1ED8EEE316D4B0C213679A99DF8AB88477304973 | 02/08/2025 01:38:44 | Blacked | 12/29/2024 | 01/15/2025 | PA0002509287 |
| 18 | AC5EDED6D208FAF67D50C70AEB5BA46A5B93694F | 02/08/2025 01:30:52 | Blacked | 12/24/2024 | 01/15/2025 | PA0002509260 |
| 19 | B4E84CDB23756C615F1D5598BB63E3FF6E131A04 | 01/02/2025 16:35:47 | Blacked | 08/22/2020 | 09/05/2020 | PA0002255479 |
| 20 | C365EDC953D797CA01D422202C581C63038E85E6 | 01/02/2025 16:31:45 | Blacked Raw | 06/01/2020 | 06/25/2020 | PA0002255508 |
| 21 | BFAE234339BBE35D844A4EE4133C90406DF7B3E8 | 01/02/2025 16:22:33 | Vixen | 09/30/2022 | 10/31/2022 | PA0002377819 |
| 22 | 82CDBE33ED33FC7EAA0D43FAC12D9A65865E3BE2 | 01/02/2025 16:18:46 | Blacked Raw | 04/09/2023 | 05/14/2023 | PA0002411278 |
| 23 | 6AECD64092F17E9085560DDF13411F5C617EA4B6 | 01/02/2025 16:18:03 | Tushy | 11/28/2021 | 02/14/2022 | PA0002335497 |
| 24 | D93E7A2150B84861096407A9CABB85144D6DA4EC | 01/02/2025 16:11:25 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 25 | 1A8DCF0C152304F2BB246BDB17F0F9BF1AF0A33F | 01/02/2025 16:09:58 | Tushy | 11/22/2020 | 11/30/2020 | PA0002266355 |
| 26 | BEF0D2E7B96DDC060FA0F61AB59A5985525115B5 | 01/02/2025 16:08:31 | Vixen | 07/31/2020 | 08/11/2020 | PA0002252260 |
| 27 | 815221A9038E449E44DF773A5E20B0787600FE48 | 01/02/2025 02:49:55 | Blacked Raw | 09/13/2021 | 11/11/2021 | PA0002321292 |
| 28 | F68DB3DB10E9E16D769B50735050A46B86DB0A09 | 12/31/2024 08:44:04 | Blacked | 04/17/2021 | 06/09/2021 | PA0002295585 |
| 29 | C6A16AF61498B40015401768A655EC382074206A | 12/31/2024 08:37:16 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 30 | 403B03569521F7E9B8D43CBB7770046B264E432C | 12/30/2024 19:51:34 | Blacked | 01/06/2024 | 01/16/2024 | PA0002449249 |
| 31 | B95B36234F6C2B48F6BBD82BF9EE6F8396E5FE29 | 12/30/2024 19:40:47 | Tushy | 07/14/2024 | 08/14/2024 | PA0002484875 |
| 32 | AEA4DFE32FA021942720D9FCE9B8F8C74C151EC7 | 12/30/2024 19:40:38 | Vixen | 12/08/2023 | 01/16/2024 | PA0002449510 |
| 33 | 576A4437D472390C262B8740FC8804E887587AE0 | 12/30/2024 18:49:30 | Blacked | 06/19/2019 | 08/27/2019 | PA0002213298 |
| 34 | D688340236811F64E8637A5AFF159570F1648994 | 12/30/2024 18:49:10 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 99CA02602A2E66B687F9268E8EB1A347D5E3400A | 12/30/2024 18:37:13 | Blacked | 03/19/2022 | 03/29/2022 | PA0002342841 |
| 36 | 3BC22005E2AFC76A838931DCA776BBA6A7235CD8 | 12/30/2024 18:30:42 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |
| 37 | 1A6470E21E54EE628069047098E9B5DFB9B17ED2 | 12/30/2024 18:29:18 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 38 | 60BB7903CA8A33073286EC1FFC7B4F60659FC9F0 | 12/30/2024 18:27:02 | Blacked | 06/27/2024 | 07/15/2024 | PA0002480447 |
| 39 | 025477E817FDAD26E20E85603DCEC00D1BD5DA68 | 12/30/2024 18:24:15 | Blacked | 09/02/2018 | 11/01/2018 | PA0002143413 |
| 40 | 5A66B14EC1FEE8F55BA9414BF263AECF26BC5E61 | 12/30/2024 18:24:02 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 41 | 03BDBAB1ACA79F441D77CEC21E238F41A94C8553 | 12/30/2024 18:23:46 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 42 | F28AFD3D4BE03CECC6FCA28FE25E0895A96517D4 | 12/30/2024 18:23:23 | Tushy | 07/16/2023 | 08/17/2023 | PA0002425541 |
| 43 | 75A353D79EC4B06347D0AD1935D3F3D242B8A70C | 12/30/2024 18:22:01 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |
| 44 | 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C | 12/30/2024 18:21:01 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 45 | 38E0600912C82AC41BA1BA80FFDF80D386E8D412 | 12/30/2024 18:12:51 | Blacked | 10/21/2023 | 11/13/2023 | PA0002439582 |
| 46 | 7FCFA61F65AEF9F1B286BA70BC5A3CD6CA0350C4 | 12/30/2024 18:09:55 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 47 | B038E50CE96EA99AC02E1BCF051643E7314A3667 | 12/30/2024 18:08:17 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 48 | 2633CD97981B90290A6B07878DB24E95843051FD | 12/30/2024 18:07:10 | Blacked | 06/05/2021 | 06/15/2021 | PA0002296924 |
| 49 | 16532C1256F1D8936C056A44AAECF4E274B576EB | 12/30/2024 18:06:27 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 50 | 80494AFA4036C921B131676C3D1A61F5DE378231 | 12/30/2024 18:06:19 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 51 | 32E09D6A5978F499397CCFFAB8C889951CF3BF94 | 12/30/2024 18:06:12 | Blacked | 05/01/2021 | 06/09/2021 | PA0002295604 |
| 52 | 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2 | 12/30/2024 18:06:00 | Blacked | 04/25/2018 | 06/19/2018 | PA0002126642 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32 | 12/30/2024 18:04:12 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 54 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | 12/30/2024 18:03:54 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 55 | 9B32C237FB9C74E2F5E8EEBBA28F49B1FE10CA90 | 12/28/2024 21:12:46 | Blacked | 08/14/2021 | 08/23/2021 | PA0002308398 |
| 56 | CCB9E55E86A2B9DCA817559173CE152D89FEE149 | 12/28/2024 21:08:16 | Blacked | 12/18/2021 | 01/17/2022 | PA0002330124 |
| 57 | BA8D307AC66E862E1D900EC5AF44B6017D88BA95 | 12/28/2024 20:54:45 | Blacked | 07/07/2024 | 07/15/2024 | PA0002480445 |
| 58 | D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A | 12/28/2024 20:53:12 | Vixen | 12/25/2020 | 02/02/2021 | PA0002280511 |
| 59 | 1B02C5FD0BD43D66CA7F1862752B7D33093B13BA | 12/28/2024 20:44:40 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 60 | 9B2D7FF24D25691FBFA67A7F19276AFE62D75467 | 12/28/2024 20:43:59 | Blacked | 09/26/2020 | 10/22/2020 | PA0002261801 |
| 61 | 849610A8B19EE3B53DB6532BFED64DCF1B78382C | 12/28/2024 20:43:42 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 62 | 169ABD4DF04DFC0CEC76670B863A00AAC081ECFB | 12/28/2024 20:40:18 | Blacked Raw | 10/02/2023 | 10/18/2023 | PA0002435277 |
| 63 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | 12/28/2024 20:35:47 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 64 | 3F005A05F5F5C3EA51FBC500AE72B556D37678BC | 12/28/2024 20:34:29 | Blacked | 11/09/2024 | 11/18/2024 | PA0002501017 |
| 65 | AB6F5DDED2290838AD429C5C8048ECD822E37AFC | 12/28/2024 20:33:24 | Vixen | 07/08/2019 | 09/10/2019 | PA0002199411 |
| 66 | B3CF1BC90895F4A5C53C9B30A7EB76F20B525656 | 12/28/2024 20:33:01 | Blacked | 09/29/2021 | 11/11/2021 | PA0002321302 |
| 67 | 1E1DD6C50EC3B406AC1493816D950061A2B87920 | 12/28/2024 20:29:25 | Vixen | 12/05/2018 | 12/18/2018 | PA0002141920 |
| 68 | 6CA595682883DD538B6927A0551C84795B80DA0B | 12/28/2024 20:28:54 | Blacked | 07/27/2024 | 08/14/2024 | PA0002484822 |
| 69 | 821591D3B453F814B8CD10994842274B6E4CDBE1 | 12/28/2024 20:28:35 | Blacked | 09/10/2024 | 09/17/2024 | PA0002490365 |
| 70 | D35AF5E8C7C6627C326D7101E26797E570B54269 | 12/28/2024 20:27:11 | Blacked | 08/11/2024 | 08/14/2024 | PA0002484821 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 71 | 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 | 12/28/2024 20:26:46 | Blacked | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 72 | B79D5F451022B1A8FDF8B97F75DE2F72E304C719 | 12/28/2024 20:22:33 | Vixen | 07/28/2023 | 08/17/2023 | PA0002425768 |
| 73 | D306BA77FFF8FB1950408ABBB8A5B60FCC00B122 | 12/28/2024 15:50:02 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 74 | 340388F38581DF5E919342C8EBB209978EEA9633 | 12/28/2024 15:37:17 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 75 | 34CD46C59638849199B5C771B5A6C008EC0A8FF3 | 12/28/2024 15:34:20 | Blacked Raw | 09/04/2023 | 09/17/2023 | PA0002430908 |
| 76 | 22CE4584C206BDD517BE1F1D5DF10562C3C3871E | 12/28/2024 15:21:39 | Blacked | 09/25/2024 | 10/17/2024 | PA0002494688 |
| 77 | 8BC959173C6DCBE70F6E09534D6B5E82A483370E | 12/28/2024 15:03:53 | Blacked | 09/20/2024 | 10/17/2024 | PA0002494701 |
| 78 | 9FB1BDCE63AFC5A04F202FE935FCD91D5DE3CA2A | 12/28/2024 14:57:30 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 79 | B057DD023D9269D2C04BC234D9AF76736CC4B603 | 12/28/2024 14:51:14 | Blacked | 12/04/2024 | 12/13/2024 | PA0002506268 |
| 80 | 2B14A70FD94ED5B87CAEDAA0533D289AA32AFB54 | 12/28/2024 14:47:43 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 81 | 5D41FDC74F09E33DECAA9455F97986E6FF6E2F0C | 12/28/2024 14:46:37 | Blacked Raw | 11/25/2024 | 12/13/2024 | PA0002506320 |
| 82 | 9861659DEBD8430E736AE8DD818939E2B7C5B092 | 12/28/2024 14:46:25 | Blacked | 11/24/2024 | 12/13/2024 | PA0002506269 |
| 83 | 0C2C81B277AE8B171B2FA61D8773F82A70B94079 | 12/28/2024 14:43:06 | Blacked | 11/19/2024 | 12/13/2024 | PA0002506270 |
| 84 | DDB0BF17C197427DD020F7C5BA375F9AC56966E6 | 12/28/2024 14:42:57 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 85 | C8B877E06A47699ED48742688B0A6C089AE55B6C | 12/28/2024 14:42:26 | Blacked Raw | 09/23/2024 | 10/16/2024 | PA0002494702 |
| 86 | D60D7EB3BCE1EA86D247B59E64C903FF5C6027B5 | 12/28/2024 14:40:46 | Blacked | 12/14/2024 | 01/15/2025 | PA0002509267 |
| 87 | 42760C789DF05E530C33EE99321EA23F020F1E44 | 12/28/2024 14:40:34 | Blacked | 10/05/2024 | 10/16/2024 | PA0002494696 |
| 88 | 49EFA2057A51FA9B1589CB9B73B12D9D795C1CE0 | 12/28/2024 14:39:16 | Blacked | 12/19/2024 | 01/15/2025 | PA0002509251 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 89 | 7BF39A3A1DDC791C77A9329A761C293632340BD4 | 12/27/2024 20:18:01 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 90 | EF2C669D22E2B42C035E6131AB66D13DD0D82952 | 12/27/2024 20:16:31 | Blacked | 03/21/2020 | 04/15/2020 | PA0002246170 |
| 91 | 979CD4F798E6D0277F211C43B2DEAD821781AAB7 | 12/27/2024 20:15:38 | Blacked | 09/05/2020 | 09/29/2020 | PA0002258686 |
| 92 | 8340DF7A3A5C43A154B8A190F8EB6010786137E1 | 12/27/2024 20:14:28 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 93 | BB3610D614227851DE0E2E47A44A693764CBA5D3 | 12/27/2024 20:02:37 | Blacked | 11/14/2024 | 12/13/2024 | PA0002506271 |
| 94 | 6799F98C8266D28FE3F0530ECED6E28F55A803D6 | 12/27/2024 19:59:28 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 95 | B4A263D7CE6A5724FB52EE8C1551B2C48CE8AD6B | 12/27/2024 19:56:29 | Blacked Raw | 08/26/2024 | 09/17/2024 | PA0002490350 |
| 96 | 425B69EBF37AF69ECEF370C54A0B8F23AB28C401 | 11/11/2024 02:11:17 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |